UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
TAWANA CAMPBELL,                                            :
                                                            :                 25 Civ. 7725 (LGS)
                                        Plaintiff,          :
                                                            :                 <u>ORDER</u>
                -against-                                   :
                                                            :
BRAND i101, LLC,                                            :
                                                            :
                                        Defendant.          :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a telephonic initial pretrial conference is currently scheduled in this matter for November 4, 2025 at 3:15 P.M. It is hereby

**ORDERED** that the conference is rescheduled to **November 4, 2025 at 3:30 P.M.** The conference can be accessed by calling (855) 244-8681 and entering the access code 2311 193 8649.

Dated: November 3, 2025
       New York, New York

                                                    **LORNA G. SCHOFIELD**
                                                    **UNITED STATES DISTRICT JUDGE**