UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TAWANA CAMPBELL,

                      Plaintiff,

        -against-

BRAND i101, LLC,

                      Defendant.
------------------------------------------------------------X

25 Civ. 7725 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference was held in this action on November 4, 2025. As discussed at the conference, it is hereby

**ORDERED** that, by **December 2, 2025**, the parties shall file a joint status letter regarding the status of any settlement discussions. It is further

**ORDERED** that Defendant's deadline to answer or otherwise respond to the Complaint is extended to **December 15, 2025**. If Defendant files a pre-motion letter in support of an anticipated motion to dismiss, Plaintiff shall file a response by **December 22, 2025**.

A case management plan will issue separately.

Dated: November 5, 2025
       New York, New York

                                              LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE