## LAW OFFICE OF WILLIAM A. RUSKIN, PLLC

**WILLIAM A. RUSKIN**
wruskin@wruskinlaw.com

800 WESTCHESTER AVENUE, N-641
RYE BROOK, NEW YORK 10573

T: (914) 231-0360
F: (914) 231-0361
C: (203) 253-8399

December 2, 2025

**VIA CM/ECF**
Hon. Lorna G. Schofield
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    *Tawana Campbell v. Brand i101, LLC*
       1:25-cv-07725 (LGS)

Dear Judge Schofield:

I am counsel to Defendant Brand i101, LLC in the above-referenced action. This letter is submitted jointly on behalf of both Plaintiff and Defendant.

Pursuant to your Order directing the parties to apprise the Court of the status of settlement discussions, the parties are pleased to report to Your Honor that a settlement has been reached. The parties respectfully request that the Court enter a conditional 30-day Order providing that:

1. All currently scheduled deadlines and proceedings are stayed for a period of thirty (30) days to allow the parties to formalize and execute their settlement agreement and prepare the appropriate dismissal documents.
2. The parties file a joint stipulation of dismissal, or other appropriate dismissal papers, within thirty (30) days of the date of the Order.
3. The Court shall retain jurisdiction during the thirty (30) day period for the limited purpose of enforcing the terms of the settlement, if necessary.

The parties thank the Court for its consideration of this request.

Respectfully submitted,

William A. Ruskin

cc: Counsel for Plaintiff (Via CM/ECF).